IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                   CASE NO. 4:08CR00339 BSM

EDMOND STEWART                                                                         DEFENDANT

## ORDER

The Eight Circuit Court of Appeals has remanded Stewart's appeal of the order denying his motion to vacate his prison sentence under 28 U.S.C. Section 2255, with instructions to construe Stewart's notice of appeal as a motion for certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B) ("Unless a [. . .] judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from the final order in a proceeding under section 2255.").

For the reasons stated in the order denying Stewart's motion to vacate his sentence, Stewart's arguments are frivolous and fail to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, Stewart's notice of appeal, construed as a motion for certificate of appealability [Doc. No. 100], is denied.

IT IS SO ORDERED this 24th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE